

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DONALD SHEA ) <br> ) <br> Defendant. ) | 2:97-MJ-1193-RJJ |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#20 from US District Court District of Hawaii case CR-96-1278), sentencing held on August 14, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BERNICE SHEA
Amount of Restitution: $16,000.00

**Total Amount of Restitution ordered: $16,000.00**

Dated this __18__ day of June 2019.

_____
UNITED STATES DISTRICT JUDGE